Appellate Division, Third Department. December 30, 1909.) Action by Joseph Lyons against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment (119 N. Y. Supp. 703) affirmed, with costs.

KELLOGG, J., dissents.

McAULIFF, Respondent, v. HUGHES et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 14, 1910.) Action by John McAuliff against Mary F. Hughes and others. No opinion. Motion denied. See, also, 119 N. Y. Supp. 507.

McCAFFREY et al., Respondents, v. BALTIMORE & O. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Nellie M. McCaffrey and another against the Baltimore & Ohio Railroad Company and another. L. H. Hall, for appellants. F. J. Driscoll, for respondents.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, J., dissents, on the ground that the verdict that the deceased was free from contributory negligence is against the weight of evidence. Order filed.

In re McCALL CO. (Supreme Court, Appellate Division, First Department. December 24, 1909.) In the matter of the McCall Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McCALL CO. v. WRIGHT. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by the McCall Company against John H. Wright. No opinion. Motion granted. Question certified. Order filed. See, also, 133 App. Div. 62, 117 N. Y. Supp. 775; 119 N. Y. Supp. 1011.

McCARGO, Respondent, v. JERGENS et al., Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Peyton R. McCargo against Andrew Jergens and another. R. S. Nicholls, for appellants. D. Cady Herrick, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellants to abide event, unless plaintiff stipulates to deduct from judgment $2,000, with interest from January 1, 1908, in which event, judgment, as so reduced, and order, affirmed, without costs. Settle order on notice.

McCARTHY, Respondent, v. UNION SUN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Florence McCarthy against the Union Sun Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. See, also, 123 App. Div. 912, 108 N. Y. Supp. 1139.

McLENNAN, P. J., concurs, upon the ground that the defendant was not shown guilty of actionable negligence. WILLIAMS and ROBSON, JJ., concur, upon the ground that the verdict was contrary to and against the weight of evidence. SPRING and KRUSE, JJ., dissent, and vote for affirmance.

McCLURE, Appellant, v. UNION RY. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by John McClure, as executor, against the Union Railway Company of New York. D. McClure, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McCOY v. GAS ENGINE & POWER CO. et al. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Daniel B. McCoy against the Gas Engine & Power Company and Charles L. Seabury & Co., in which Joseph A. Flannery appeals. No opinion. Motion for reargument denied, without costs. Motion for resettlement of order denied, without costs; the order having been made as the result of the decision of the court to grant a new trial notwithstanding the statement in the opinion. For former decision, see 119 N. Y. Supp. 864.

MacDONALD, Respondent, v. RAFF et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Alexander MacDonald against Paul Raff and another. No opinion. Final order of the Municipal Court affirmed, with costs.

McELRAEVY & HAUCK CO., Respondent, v. KRONENGOLD, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by McElraevy & Hauck Company against Ignatz Kronengold. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 118 N. Y. Supp. 1122.

McGOVERN, Respondent, v. COMMERCIAL UNION TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Frank McGovern, as administrator, etc., of Mary E. McGovern, deceased, against the Commercial Union Telephone Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates, within 20 days, to reduce the verdict to $2,000, in which case judgment, as modified, affirmed, without costs to either party.

McGOVERN, Appellant, v. JOLINE et al., Respondents. (Supreme Court, Appellate Division, First Department. December 17, 1909.) Action by Michael McGovern against Adrian H. Joline and another. T. F. Keogh, for appellant. J. Montgomery, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

MacGUIRE v. HUGHES. (Supreme Court, Appellate Division, First Department. January